# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH ANTONETTI,

    Plaintiff,

v.

NEVEN, *et al.*,

    Defendants.

Case No. 2:08-CV-1020-KJD-LRL

**ORDER**

    Presently before the Court is Plaintiff's Motion for Reconsideration (#44). On September 28, 2011, the Court granted (#43) Defendants' motion for summary judgment on his exercise claim. Plaintiff now seeks reconsideration of that order asserting that the Court has not considered "the nature of the case[.]" However, the Court has considered Plaintiff's claim that he has not received adequate exercise in his four years in segregation and has rejected it.

    Accordingly, Plaintiff's Motion for Reconsideration (#44) is **DENIED**.

    DATED this 6th day of October 2011.

                                              Kent J. Dawson  
                                              United States District Judge