# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

JOSEPH ANTONETTI,

    Plaintiff,

v.

DWIGHT NEVEN, *et al.*,

    Defendants.

Case No. 2:08-cv-1020-APG-VCF

**ORDER**

Plaintiff has filed an Objection [Dkt. #157] to the Magistrate Judge's Order [Dkt. #156] denying Plaintiff's request for appointment of a dental expert. The undersigned has reviewed the Order, the Objection, and the State's Response [Dkt. #158]. The Order is not clearly erroneous or contrary to law. Therefore, pursuant to Local Rule IB 3-1, the Order is affirmed, and the Objection is denied.

Dated: March 3, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE