# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH ANTONETTI,<br><br>                Plaintiff,<br><br>    v.<br><br>DWIGHT NEVEN, *et al.*,<br><br>                Defendants. | Case No. 2:08-cv-1020-APG-VCF<br><br>**ORDER** |

      Plaintiff has filed an Objection [Dkt. #157] to the Magistrate Judge's Order [Dkt. #156] denying Plaintiff's request for appointment of a dental expert. The undersigned has reviewed the Order, the Objection, and the State's Response [Dkt. #158]. The Order is not clearly erroneous or contrary to law. Therefore, pursuant to Local Rule IB 3-1, the Order is affirmed, and the Objection is denied.

      Dated: March 3, 2014.

                                                ANDREW P. GORDON<br>                                                UNITED STATES DISTRICT JUDGE