CATHERINE CORTEZ MASTO
Attorney General
PAUL T. YOUNG
Deputy Attorney General
Nevada Bar No. 12529
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1136
E-mail:  pyoung@ag.nv.gov

*Attorneys for Defendants
Isidro Baca, William Kuloloia,
Dwight Neven and Jeffery Walker*

Plaintiff
*Joseph Antonetti #80590
Ely State Prison
P.O. BOX 1989
Ely, Nevada 89301-1989*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ANTONETTI,<br><br>Plaintiff,<br><br>vs.<br><br>DWIGHT NEVEN, et al.,<br><br>Defendants. | Case No.  2:08-cv-01020-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is stipulated and agreed by and between Plaintiff, Joseph Antonetti, *pro se*, and Defendants, Isidro Baca, William Kuloloia, Dwight Neven and Jeffery Walker, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Paul T. Young, Deputy Attorney General, that the above captioned matter be dismissed, in its entirety with prejudice.  Each party shall bear their own attorney's fees and costs.

1  JOSEPH ANTONETTI #80590
   Plaintiff, Pro se
2
3
4  By: _____     Date: 8-29-14
       JOSEPH ANTONETTI
5
6
7  CATHERINE CORTEZ MASTO
   Attorney General
8
9
10 By: _____     Date: 8-29-14
       PAUL T. YOUNG
11     Deputy Attorney General
       Bureau of Litigation
12     Public Safety Division

13     Attorneys for Defendants

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER FOR DISMISSAL WITH PREJUDICE**

Having considered the preceding STIPULATION FOR DISMISSAL WITH PREJUDICE, as agreed to by the parties' hereinabove, good cause having been shown,

IT IS HEREBY ORDERED that this case be dismissed with prejudice.

IDated: August 29, 2014.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 29th day of August, 2014, I caused to be deposited for mailing, a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, on the following:

Joseph Antonetti #80590
Ely State Prison
P.O. Box 1989
Ely, NV  89301

_____
An employee of the
Office of the Attorney General